1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8

9

CARLOS BEAL,

10

Plaintiff,

11

v.

12

ROSS DRESS FOR LESS,

13

Defendant.

14

Case No. _____

**DEFENDANT'S NOTICE OF REMOVAL**

*(FEDERAL QUESTION & DIVERSITY OF CITIZENSHIP)*

[28 U.S.C. §§ 1331, 1332, 1441]

15

16     TO:          CLERK OF THE ABOVE-NAMED COURT;

17     AND TO:      PLAINTIFF CARLOS BEAL.

18          PLEASE TAKE NOTICE that Defendant ROSS DRESS FOR LESS, INC., dba Ross

19     Dress for Less ("Ross" or "Defendant"), hereby effects the removal of the state action described

20     herein, Case No. 162-00516, from the King County District Court, South Division, Burien

21     Courthouse, to the United States District Court for the Western District of Washington.

22     Defendant is removing this action to this Court pursuant to 28 U.S.C. §§ 1331, 1332, 1441(a)

23     and 1441(b), based on diversity of citizenship and the existence of a federal question.

24          In support of its Notice of Removal, Defendant provides the following information:

25

26

**DEFENDANT'S NOTICE OF REMOVAL** - 1
Case No.

1

## SUMMARY OF JURISDICTION

2     1.     This Court has original jurisdiction over this action pursuant to 28 U.S.C. §§ 1331

3     and 1332(a) and this action is one that may be removed to this Court pursuant to the provisions

4     of 28 U.S.C. § 1441(a) and (b).  Defendant is the sole defendant and consents to removal.  As set

5     forth below, this case meets all of the requirements for removal and is timely and properly

6     removed by the filing of this Notice.

7

## PLEADINGS

8     2.     On or about May 12, 2016, Plaintiff Carlos Beal commenced an action against

9     Defendant, captioned *Carlos Beal v. Ross Dress for Less*, Case No. 162-00516, by filing this

10    lawsuit in the Washington State District Court, King County, South Division.  Defendant's

11    attorney was served with the Summons and Complaint on May 16, 2016.[1]  A true and correct

12    copy of the Summons is attached hereto as **Exhibit 1**.  A true and correct copy of the Complaint

13    is attached hereto as **Exhibit 2**.  A true and correct copy of the Case Information Cover Sheet is

14    attached hereto as **Exhibit 3**.  A true and correct copy of the "Return of Service" filed in the

15    State Court is attached hereto as **Exhibit 4**.  Defendant filed a Notice of Appearance on June 2,

16    2016.  A true and correct copy of this Notice of Appearance is attached hereto as **Exhibit 5**.

17

## TIMELINESS

18    3.     Defendant received a copy of the Complaint (but no Summons) on May 13, 2016,

19    via U.S. Mail.  Defendant received a copy of the Summons and Complaint May 16, 2016 by

20    means other than valid service of process, namely their hand delivery to Defendant's attorney.

21    Under either of these delivery dates, even if delivery had constituted effective service

22    commencing the period in which to remove this case to federal court (and neither delivery did),

23    this Notice of Removal is timely as it is made within 30 days of receipt of a copy of the initial

24    pleading setting forth the claim for relief.  28 U.S.C. § 1446(b).

25

26    [1] Defendant did not agree to accept service of process through its attorney, and does not waive any defense of insufficiency of process or insufficiency of service of process by the filing of this notice.

**DEFENDANT'S NOTICE OF REMOVAL** - 2
Case No.

LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA  98101.3122
206.623.3300

1    **FEDERAL QUESTION**

2    4.    Plaintiff's Complaint alleges a violation of "section 803 and 903 under Title III of

3    the Americans with Disabilities Act."  (Complaint, ¶ 9.)  The Americans with Disabilities Act is

4    a federal statute codified at 42 U.S.C. §§ 12111–12189 (2016).  Because the Complaint raises a

5    federal question, this Court has original jurisdiction over this action under 28 U.S.C. § 1331.

6    **DIVERSITY OF CITIZENSHIP**

7    5.    This Court also has original jurisdiction over this action based upon diversity of

8    citizenship under 28 U.S.C. § 1332.  The parties are citizens of different states.

9    6.    Plaintiff is a citizen of the State of Washington.  On Thursday, June 2, 2016,

10    counsel for Defendant contacted Plaintiff by telephone and asked him his residence address for

11    purposes of delivering service copies of filings in this case.  Plaintiff indicated that he has a

12    residence address in the State of Washington.  On Saturday, June 4, 2016, Plaintiff sent counsel

13    for Defendant email correspondence attaching a letter in which he wrote "My city address is

14    Tacome [*sic*] Wa," and providing his personal home address in Tacoma, Washington.

15    7.    Defendant Ross Dress for Less, Inc., the sole defendant in this action, is a citizen

16    of the States of Virginia and California, and not the State of Washington.  At the time this action

17    was commenced (and continuing to today), Defendant's principal place of business under the

18    "nerve center" test is the State of California, where Defendant has its headquarters.  *See Hertz*

19    *Corp. v. Friend*, 599 U.S. 77, 80–81 (2010) (a corporation's principal place of business, or

20    "nerve center," will typically be where its headquarters is located).  Ross Dress for Less, Inc. is

21    incorporated under the laws of the State of Virginia.

22    **AMOUNT IN CONTROVERSY**

23    8.    This action is a civil action over which this Court has original jurisdiction under

24    28 U.S.C. § 1332(a), and is one which may be removed to this Court pursuant to the provisions

25    of 28 U.S.C. § 1441(a), in that it is a civil action between citizens of different states and the

26    matter in controversy exceeds the sum of $75,000, exclusive of interests and costs.  On March

1    24, 2016, Plaintiff sent Defendant a demand letter as his "claim for damages in the amount of

2    $100,000." This sum—$25,000 more than the jurisdictional minimum—represents Plaintiff's

3    own estimate of the amount placed in controversy by his claim. *See* 28 U.S.C. § 1332(a); *Cohn*

4    *v. Petsmart, Inc.*, 281 F.3d 837, 839–40 (9th Cir. 2002) (finding that a demand letter is relevant

5    evidence of the amount in controversy for purposes of removal and rejecting the argument that

6    Federal Rule of Evidence 408 prohibits the use of settlement offers in determining the amount in

7    controversy).

8                                          **VENUE**

9          9.    Venue is proper in the Western District of Washington because this is the district

10   court of the United States for the district encompassing the place where this action is currently

11   pending. 28 U.S.C. § 1441(a). Assignment to the Seattle Division is proper because this case

12   arose in King County, Washington, and is being removed to this Court from the Washington

13   State District Court for King County. LCR 3(d)(1).

14                      **NOTICE TO PLAINTIFF AND DISTRICT COURT**

15         10.   Written notice of the filing of this Notice of Removal will be given to all parties

16   who have appeared in this action, and a copy of the Notice of Removal will be filed with the

17   Clerk of the District Court of the State of Washington in and for the County of King. Pursuant to

18   28 U.S.C. §1446(a), true and complete copies of all process and pleadings in this action filed to

19   date in the state court proceeding are attached hereto as Exhibits. By signing this Notice of

20   Removal, counsel for Defendant verifies that the items attached hereto are true and complete

21   copies of all the records and proceedings in King County District Court action. No orders have

22   been signed by the State Court judge presiding over this action and no motions are pending.

23         WHEREFORE, Defendant respectfully requests that the above-captioned matter, now

24   pending in the District Court of the State of Washington, in and for the County of King, Case

25   No. 162-00516, be removed to this Honorable Court for further proceedings.

26

**DEFENDANT'S NOTICE OF REMOVAL** - 4
Case No.

1

2   June 13, 2016

3                                               s/ Thomas P. Holt
                                                Thomas P. Holt, WSBA #39722
4                                               tholt@littler.com

5                                               LITTLER MENDELSON, P.C.
                                                One Union Square
6                                               600 University Street, Suite 3200
                                                Seattle, WA 98101.3122
7                                               Phone:        206.623.3300
                                                Fax:          206.447.6965

8                                               Attorney for Defendant Ross Dress for Less

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**DEFENDANT'S NOTICE OF REMOVAL** - 5
Case No.

1

## CERTIFICATE OF SERVICE

2

3       I am a resident of the State of Washington, over the age of eighteen years, and not a party

4  to the within action.  My business address is One Union Square, 600 University Street, Ste. 3200,

5  Seattle, WA 98101.  I hereby certify that on June 13, 2016, I electronically filed the foregoing

6  **DEFENDANT'S NOTICE OF REMOVAL** with the Clerk of the Court using the CM/ECF

7  system and I hereby certify that I have mailed by United States Postal Service the document to

8  the following non-CM/ECF participants:

9       **Plaintiff Pro Se**

10      **CARLOS BEAL**
        **3414 49th St. NE**
11      **Tacoma, WA 98422**

12      I declare under penalty of perjury under the laws of the State of Washington that the

13  above is true and correct.  Executed on June 13, 2016, at Seattle, Washington.

14                                          _s/ Leili Moore_____
                                            Leili Moore
15                                          lemoore@littler.com

16

17  Firmwide:140822344.2  022233.2459

18

19

20

21

22

23

24

25

26

LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA 98101.3122
206.623.3300