RECEIVED
CIVIL

16 MAY 12 AM 11: 18

KING COUNTY SHERIFF

**FILED**

MAY 12 2016

South Div - Burien
King County District Court

**District Court of Washington**

**County of King**

**South Division, Burien Courthouse**

Carlos Beal

Plantiff(s)

No. 162-00516

**COMPLAINT FOR DAMAGES**

Ross Dress For Less

Defendant(s)

---

### I. CLAIMS FOR RELIEF

1. On March 18, 2016, Plantiff was a patron at Ross store #181 located at 32075 Pacific Highway S. Federal Way WA, 98003.

2. Plantiff suffers from stage 4 Congestive Heart Failure and has an (ICD) implanted cardioverter defribillator to treat dangerous heart rythems..

3. On March 18, 2016, while trying on clothes in the fitting room that displayed the handicapped emblam at Ross store #181, Plantiff had conditional episode related to his heart experiencing dizziness and shortness of breath

4. Plantiff looked for a place to sit but could not because there was no bench in the fitting room.

5. Plantiff, with no other options for support, fell to the floor of the fitting room, struggling to breathe while lying on the floor which position for plantiff can cause death. (exhibits attached).

6. Paramedics were called, arrived and a chair was brought into the fitting room for Plantiff to sit down and restore breathing.

7. Paramedics administered full range of tests and medication to treat plantiff restoring vitals

1

while staff was involved in an incident report.

8. On March 18, 2016 Ross had displayed on their building and on the fitting room the federally approved symbol for disabled persons accomodations/accessability which led plantiff, with his condition and need for assistance, into a dangerous area which did not have any disabled persons accomodations resulting in a near fatal situation.

9. On March 18, 2016 Ross store #181 was not compliant with section 803 and 903 under Title III of the Americans with Disabilities Act requiring all fitting rooms which display the handicapped emblam to have a bench meeting specific measurements in that room, affixed to the wall.

10. Plantiff suffered harm and near death experience through the negligence and reckless endangerment of Ross and their disregard for the law.

## II. REQUEST FOR RELIEF

1. Enter judgement against Ross Stores for $20,000 and

2. Assess a fine of the courts commission to Ross in accordance with TITLE III.

Dated: May 12, 2016 in Seattle WA.

Respectfully submitted,

Carlos Beal