The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CARLOS BEAL,

        Plaintiff,

    v.

ROSS DRESS FOR LESS,

        Defendant.

Case No. 2:16-cv-00894-JCC

**NOTICE OF SETTLEMENT**

TO:       CLERK OF THE ABOVE-NAMED COURT;

AND TO:   CARLOS BEAL, Plaintiff *Pro Se*

Notice is hereby given that all claims against Defendant in this action are being resolved. Any trials or other hearings in this matter may be stricken from the Court calendar.  This notice is being filed with the consent of all parties.

If an order dismissing all claims against all parties is not entered within 90 days after this written notice of settlement is filed, this case may be dismissed by the Court.

// // //

// // //

// // //

// // //

// // //

**NOTICE OF SETTLEMENT** - 1
Case No. 2:16-cv-00894

June 17, 2016

*s/ Thomas P. Holt*

Thomas P. Holt, WSBA #39722
tholt@littler.com

LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA  98101.3122
Phone:          206.623.3300
Fax:             206.447.6965


Attorney for Defendant Ross Dress for Less

**NOTICE OF SETTLEMENT** - 2
Case No. 2:16-cv-00894

## CERTIFICATE OF SERVICE

I am a resident of the State of Washington, over the age of eighteen years, and not a party to the within action.  My business address is One Union Square, 600 University Street, Ste. 3200, Seattle, WA  98101.  I hereby certify that on June 17, 2016, I electronically filed the foregoing **NOTICE OF SETTLEMENT** with the Clerk of the Court using the CM/ECF system and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

**Plaintiff Pro Se**

**CARLOS BEAL**
**3414 49th St. NE**
**Tacoma, WA 98422**

I declare under penalty of perjury under the laws of the State of Washington that the above is true and correct.  Executed on June 17, 2016, at Seattle, Washington.

*s/ Leili Moore*
Leili Moore
lemoore@littler.com

Firmwide:141064765.1 022233.2459

NOTICE OF SETTLEMENT - 3
Case No. 2:16-cv-00894