THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CARLOS BEAL,

              Plaintiff,

    v.

ROSS DRESS FOR LESS,

              Defendant.

CASE NO. C16-0894 JCC

ORDER DISMISSING CASE

Pursuant to the parties' stipulation and proposed order of dismissal (Dkt. No. 5) and Fed. R. Civ. P. 41(a)(1)(A)(ii), this action is DISMISSED with prejudice and without an award of costs or attorney fees to either party. The Clerk is directed to CLOSE this case.

DATED this 21st day of June 2016.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER DISMISSING CASE
PAGE - 1